# Schedule A