# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

# EASTERN DEVISION

| | |
|---|---|
| SHENZHEN MUZHIYUAN TRADING CO., LTD. AND MUZHIRAN TRADING (DONGGUAN) CO., LTD., <br><br> Plaintiff, <br> v. <br><br> THE PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants, | Case No. 24-cv-12032 <br><br> Judge: Honorable Sara L. Ellis |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, February 4, 2025, at 9:30 a.m. (CST) or as soon thereafter as I may be heard, I shall appear before the Honorable Sara L Ellis through at Court Room 1403 of the Everett Mckinley Dirksen U.S. Courthouse and shall present the following motion: Motion for Preliminary Injunction. [30]

Respectfully submitted on February 2nd, 2025.

By: /s/ Huicheng Zhou<br>
One Park Plaza, #600<br>
Irvine, CA 92614<br>
Huicheng.zhou@aliothlaw.com<br>
Tel: (909) 284-1929<br>
*Attorney for Plaintiffs*

-1-