**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| **SHENZHEN MUZHIYUAN TRADING CO., LTD.,**<br><br>Plaintiff,<br><br>*~ versus ~*<br><br>**THE PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",**<br><br>Defendants. | Case No. **1:24-cv-12032**<br><br>**District Judge** Honorable Sara L. Ellis<br><br>**Magistrate Judge** Maria Valdez |

**ORDER**

The Preliminary Injunction against Defendants **JIJACRAFT US** and **YOUSMEDIA** having been vacated by the Order dated May 5, 2025 (ECF 259); and the Plaintiff's Complaint as against **JIJACRAFT US** and **YOUSMEDIA** having been dismissed, it is **HEREBY ORDERED**:

1. Amazon.com, Inc., and all associated entities involved in the management of Seller Stores on the Amazon.com website shall within five (5) business days of Service (or acknowledgement of actual knowledge of this Order) vacate, release and/or otherwise remove any hold, freeze, injunction, or other impediment on the Stores and ASINs listed below, to the extent that any such hold, freeze, injunction or other impediment on the Stores arose from the TRO or Preliminary Injunction in the above captioned matter.

1

2.      The information of the Stores and ASINs subject to this un-freezing Order

are as follows:

| Store Name | Seller Amazon ID | ASIN |
|---|---|---|
| JiJacraft US | AB5W8LEYTXSC4 | B0DBH1WLQK |
| YousMedia | A3NCFTZFP46VP8 | B0DBQD7VR1 |

Dated:   March 13, 2026

**SO ORDERED**

Sara L. Ellis
United States District Court

2